# Court of Appeals
# of the State of Georgia

ATLANTA, March 04, 2020

*The Court of Appeals hereby passes the following order:*

## A20D0318. MILTON HAASE JR. et al. v. MARK ROBINSON, CONSERVATOR, ESTATE OF ANN HAASE.

In January 2020, the trial court entered an order dismissing Milton Haase, Jr.'s complaint for injunctive relief and a temporary restraining order in this conservatorship case. Hasse then filed this timely application for discretionary appeal. However, it appears that Haase has a right of direct appeal.

Under OCGA § 5-6-34 (a) (1), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35." It does not appear that any provision of OCGA § 5-6-35, the discretionary appeal statute, applies here. Thus, the trial court's dismissal of Haase's complaint constituted a directly appealable final judgment.[1]

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Haase shall have ten days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal in the trial court, he need not file a second notice.

---

[1] Although it appears that the defendant filed a motion for attorney fees pursuant to OCGA § 9-15-14 which is pending in the trial court, the pendency of that motion does not render this case subject to the interlocutory appeal procedure. See *Hill v. Buttram*, 255 Ga. App. 123, 124 (564 SE2d 531) (2002).

The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__03/04/2020_____*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*